## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRARAILTY DOWDELL : | |
|             Plaintiff, : | |
| : | CIVIL NO. 15-cv-06806 |
|      v. : | |
| : | |
| COMMUNITY COLLEGE OF PHILADELPHIA : | |
|           Defendant. : | |

### PLAINTIFF'S RESPONSE TO DEFENDANT COMMUNITY
### COLLEGE OF PHILADELPHIA'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Brarailty Dowdell, by and through his attorneys, hereby reply to the Motion for Summary Judgment of Defendant Community College of Philadelphia.

Summary Judgment should be denied because the elements for *prima facie* cases for discrimination exist with regard to Defendant's decision to deny Plaintiff hire for a full-time faculty position in the English Department. Plaintiff was qualified for the position and the test Defendant used to determine he was allegedly unqualified was subjective. Furthermore, the evidence of record permits an inference the decision was based on discrimination, and this evidence supports Defendant's reason was pretext to discrimination.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Plaintiff Brarailty Dowdell respectfully requests this Honorable Court enter an Order denying the Motion for Summary Judgment of Defendant Community College of Philadelphia.

Respectfully submitted,
**KRAEMER MANES & ASSOCIATES, LLC**

By:    */s/ Christopher J. DelGaizo, Esquire*
       CHRISTOPHER J. DELGAIZO, ESQUIRE
       Attorney for Plaintiff

Date: November 4, 2016