## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRARAILTY DOWDELL** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 15-6806** |
| **v.** | : | |
| | : | |
| **COMMUNITY COLLEGE OF** | : | |
| **PHILADELPHIA** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 9th day of June 2017, upon consideration of the *motion for summary judgment* filed by Defendant Community College of Philadelphia, [ECF 21], the opposition thereto filed by Plaintiff Brarailty Dowdell, [ECF 22], Defendant's reply, [ECF 23], and Plaintiff's sur-reply, [ECF 26], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that Defendant's motion is **GRANTED**, and judgment is entered in favor of Defendant Community College of Philadelphia and against Plaintiff Brarailty Dowdell.

The Clerk of Court is directed to mark this matter **CLOSED**.


**BY THE COURT:**


*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*